UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN R. PIERSON,

        Plaintiff,

    v.

STATE OF CALIFORNIA,

        Defendant.
_____/

No. C 06-3810 PJH

**JUDGMENT**

The court having dismissed the complaint for lack of subject matter jurisdiction,

It is Ordered and Adjudged

that plaintiff John R. Pierson take nothing, and that the action be dismissed on the merits.

**IT IS SO ORDERED.**

Dated: July 13, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge